FILED

08 JUL -3 AM 11:36

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name ROSENBALM VINCENT
     (Last)        (First)        (Initial)

Prisoner Number #2069375  NAPA STATE HOSPITAL

Institutional Address 2100 NAPA VALLEJO HIGHWAY 94558 NAPA, CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM
(Enter the full name of plaintiff in this action.)

cv 08 3211 (PR)

vs.

THOMAS ALLMAN - SHERIFF
EO FOULK

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

U.S.C. 28 1915(g)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement NAPA State Hospital

B.  Is there a grievance procedure in this institution?

    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES ( )    NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. DID NOT HAPPEN AT NAPA State Hospital

COMPLAINT                         - 1 -

1. Informal appeal COMPLAINED to JAILERS DECEMBER 2006

2. First formal level MENDOCINO SUPERIOR COURT INEFFECTIVE ASSISTANCE OF COUNSEL DENIED ME A FAIR TRIAL FALL 2006

3. Second formal level (APPEAL) winter 2006-2007 FIRST DISTRICT COURT OF APPEAL Prejudicial error reviewed higher court

4. Third formal level (APPEAL) SUPREME COURT OF CALIFORNIA

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. BECAUSE UKIAH POLICE THREATENED TO KILL MY FAMILY MEMBERS AND TORTURE ME AND DIDN'T trust THEM

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

VINCENT ROSENBALM
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

THOMAS ALLMAN - SHERIFF MENDOCINO COUNTY

COMPLAINT                                -2-

1  ED FOULK - EXECUTIVE DIRECTOR OF NAPA
2  State Hospital
3  _____
4  _____

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) October 2006 Ukiah Police threaten to kill my family members (JAIL)
2) 12/26/06 committed to NAPA State Hospital but left in JAIL an extra 3 months (ILLEGAL)
3) Approximately 100 days in county jail, yet no trial
4) How can I be committed to NAPA State Hospital but left in jail for months the Sheriff had no legal custody of me after 5 working days? Sheriff Allman

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Release me from illegal custody
Restraining order against Ukiah Police
Return of stolen property

COMPLAINT                    - 3 -

1 | <u>Victim Witness Help Relocating/training</u>
2 | <u>AND HELP FINANCIALLY</u>
3 | <u>I WOULD LIKE A SUMMARY JUDGMENT</u>
4 | <u>for $5 million dollars damages.</u>
5 | I declare under penalty of perjury that the foregoing is true and correct.
6 |
7 | Signed this ___1___ day of ___JUNE___, 20 _08_
8 |
9 | _Vincent Rosenbalm_
10 | (Plaintiff's signature)

COMPLAINT                                  - 4 -