FILED
08 JUL -3 AM 11:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBAUM )      08    3211
            Plaintiff,  )   CASE NO. _____
                        )
vs.                     )   PRISONER'S
                        )   APPLICATION TO PROCEED
THOMAS ALLMAN-sheriff   )   IN FORMA PAUPERIS
                        )
            Defendant.  )   U.S.C. 28 1915(g)
_____)

I, VINCENT ROSENBAUM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week    Net: Approx $20 week

Employer: NAPA STATE Hospital
2100 NAPA VALLEJO HIGHWAY NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   _____
5   _____
6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9       a.   Business, Profession or              Yes ✓  No ___
10           self employment
11      b.   Income from stocks, bonds,           Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                       Yes ___ No ✓
14      d.   Pensions, annuities, or              Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ✓  No ___
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _125⁵⁰ Month Hospital Welfare_____
22  _3²⁵ Book Sale AutHor House Publishers_____
23  3.     Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

ALL FINANCIAL ESTIMATES

1     b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).

5     JDR (17)
6     NONE At PResent Due to illegal imprisonment

7   5.     Do you own or are you buying a home?   Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.     Do you own an automobile? (2)   Yes ✓ No ___
10   Make SUBARU   Year 1992, 1993   Model Legacy
11   Is it financed? Yes ___ No ✓ If so, Total due: $ 0
12   Monthly Payment: $ 0
13   7.     Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ✓ No ___ Amount: $ 15-20 cents
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ✓ No ___
20   PERSONAL PROPERTY Approx $15,000.00
21   8.     What are your monthly expenses?
22   Rent: $ 0     Utilities: 0
23   Food: $ 0     Clothing: 0
24   Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26 | 0 | $ 0 | $ 0 |
27 | 0 | $ 0 | $ 0 |
28 | 0 | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CREDIT CARD DEBT Estimates    5-10,000.00
SCHOOL LOANS                  5-10,000.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

HUNDREDS OF MATTERS PENDING
DON'T HAVE COPIES ?

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/1/08                         Vincent Rosenbalm

DATE                           SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Vincent Rosenbalm** [prisoner name] for the last six months **Napa State Hospital** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **29.77** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated: **4-4-08**

*Laura Harris*, STO
[Authorized officer of the institution]

1
2                                              Case Number: _____
3
4
5
6
7
8                                    **CERTIFICATE OF FUNDS**
9                                               **IN**
10                                       **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                              [prisoner name]
14  _____ where (s)he is confined.
           [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
                                                  [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

| CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). |
|---|

| 4/4/2008 | NAPA STATE HOSPITAL | Page 1 of 1 |
| 7:54:35AM | TRUST ACCOUNT / CASHIERS' SYSTEM II | |
| | Patient Ledger Report | |

2069375  ROSENBALM, VINCENT

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/2007 | 13-154338 | Cash Disbursement | cashlist v-314 | $5.00 | | $0.00 |
| 2 | 10/24/2007 | 18-075321 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 3 | 10/29/2007 | 13-154384 | Cash Disbursement | cl v337 | $12.50 | | $0.00 |
| 4 | 11/23/2007 | 18-75407 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 5 | 11/26/2007 | 13-154581 | Cash Disbursement | Cashlist V-400 | $12.50 | | $0.00 |
| 6 | 12/03/2007 | 16-75436 | CK-AUTHOR HOUSE 1663 LIBERTY DR STE 200 | BLOOMINGTON IN 47403 | | $3.25 | $3.25 |
| 7 | 12/11/2007 | 16-75478 | CCK-UNKNOWN SENDER | CCK-UNKNOWN SENDER | | $50.00 | $53.25 |
| 8 | 12/17/2007 | 13-154774 | Cash Disbursement | cl v463 | $33.25 | | $20.00 |
| 9 | 12/24/2007 | 13-154828 | Cash Disbursement | cl v485 | $10.00 | | $10.00 |
| 10 | 01/04/2008 | 13-154914 | Misc Disbursement | NSH-COPY CARD V518 | $10.00 | | $0.00 |
| 11 | 01/22/2008 | 18-075585 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 12 | 01/28/2008 | 13-155104 | Cash Disbursement | cl v580 | $12.50 | | $0.00 |
| 13 | 02/21/2008 | 18-075665 | AB1013 Funds | $12.50 Receipts | | $12.50 | $12.50 |
| 14 | 02/25/2008 | 13-155262 | Cash Disbursement | cl v649 | $12.50 | | $0.00 |
| 15 | 03/20/2008 | 17-75749 | PP P/E 3/21/08 | PP P/E 3/21/08 | | $75.33 | $75.33 |
| 16 | 03/24/2008 | 13-155495 | Cash Disbursement | cl v728 | $12.50 | | $62.83 |
| 17 | 04/01/2008 | 13-155540 | Cash Disbursement | CL V750 | $45.00 | | $17.83 |

TOTAL WITHDRAWLS / DEPOSITS:                $165.75    $178.58