VINCENT ROSENBALM

2100 NAPA VALLEJO HIGHWAY

NAPA, CALIFORNIA

RECEIVED
7/15/2008
FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO COURT Clerk RICHARD WIEKING,    08-3211SI

1) I AM WONDERING WHY MY
APPLICATIONS to PROCEED UNDER
28 U.S.C 1915 (g) has Not been
GRANTED, ESPECIALLY DUE to A
Serious Attack with violence Almost
LEFT ME DEAD. DOES SOMEONE
NEED to BE KILLED Before the
COURT REALIZES A MiSTAKe?
2)   I AM SURE YOU ARE AWARE
OF THE NEW LAW FROM 12/1/07.
to SERVE SUMMONS IMMEDiAtely
ON LAWSUit AND CRiMiNAL CHARGES.
I BeLieve thiS iS   4 (B), ARE
YOU AWARE YOU ARE ViOLAtiNG
MY RiGHtS BY Not Serving those
SUMMONS IMMEDiAtely?
I DO HOPE WE SETTLE these
iSSUES SOON AND JUSTiCE iS
SERVED.

                    Vincent Rosenbalm

VINCENT ROSENBAUM
2100 Napa Vallejo Hwy.
Napa, CA   94558-6293

Legal Mail
Court Clerk
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

